Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Matrix International Textile, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Crinkle Textile Co., Ltd. 11th Fl., No. 70 Min Chun West Road Taopoe. Taowam R.O.C. | | Goods Sold | | | | $169,273.00 |
| E-Shipper 2240 Palm Beach Lakes Boulevard Suite 303 West Palm Beach, FL 33409 | | Freight Fees | | | | $2,708.13 |
| EDI Express P.O. Box 2149 Gardena, CA 90247 | | Freight Fees | | | | $11,507.43 |
| Formosa Fabric, Inc. 548 Monterey Pass Road Monterey Park, CA 91754 | | Goods Sold | | | | $65,007.09 |
| Joyful Will International Building B, No. 45 Hongzzhong Road Shanghai, China 20103 | | Goods Sold | | | | $919,910.00 |
| Longwell Textiles Ltd. 2/F, Hengchang Bldg., Qunxian Rd. Paojiang, Shaoxing, Zhejiang, China | | Goods Sold | Contingent Unliquidated Disputed | | | $3,200,000.00 |
| MOD 2 3317 S. Broadway Los Angeles, CA 90007 | | Services Rendered | | | | $8,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Matrix International Textile, Inc.**                                        Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Orient Gate Enterprise, Ltd.** Room 502, 5/f. Prosperous Building 48-52, Des Voeux Rd., Central Hong Kong, China | | Goods Sold | | $2,488,014.00 | $0.00 | $510,000.00 |
| **Pailang Textile Co., Ltd.** No. 72, Qisheng Rd., Paojiang Shaoxing Zhejiang, China | | Goods Sold | | | | $38,310.00 |
| **Posh Textiles, Inc.** 429 Cambridge Drive Arcadia, CA 91007 | | Goods Sold | | | | $52,472.93 |
| **Posh Textiles, Inc.** 429 Cambridge Drive Arcadia, CA 91007 | | Goods Sold | | | | $6,744.41 |
| **Samuel Kim CHB, Inc.** 8929 S. Sepulveda Boulevard, #510 Los Angeles, CA 90045 | | Services Rendered | | | | $1,255.06 |
| **Shaoxing County Yusheng Imp. & Exp.** 1568 SHanyin West Rd., Kexi Industrial Zone, Keqiao Shaoxing, China | | Goods Sold | | | | $358,236.00 |
| **Shaoxing Keqiao E. Dragon Imp./Exp.** Rm. 503, Bldg. 1, Shaoxing Textile Trading Center, 2998 Jingeqiao Ave. Keqiao, Zhejiang, China | | Goods Sold | | | | $17,733.00 |
| **Shaoxing Yizhong Textile, Inc.** F5 No. 308, Uam'An E. Rd. Shaoxing Zheijang, China 312000 | | Goods Sold | | | | $200,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Matrix International Textile, Inc.**                                                    Case number *(if known)*
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shaoxing Yuding Textile Co., Ltd. Tingsi Rd., Lanting Industria Zone Lanting Town, Shaoxing, Zhejiang China P.C. 312043** | | **Goods Sold** | **Contingent Unliquidated Disputed** | | | $180,000.00 |
| **TPX Communicaion P.O. Box 36430 Las Vegas, NV 89133** | | **Services Rendered** | | | | $2,471.23 |
| **Tyco Integrated Security/ Johnson Control P.O. Box 371967 Pittsburgh, PA 15250** | | **Security Services** | | | | $873.43 |
| **Vision Express P.O. Box 29319 Phoenix, AZ 85038** | | **Goods Sold** | | | | $1,587.67 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Matrix International Textile, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3 / 10 / 21__    x _____
Signature of individual signing on behalf of debtor

**Kourosh Neman**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy