# United States Bankruptcy Court
## Central District of California

In re  **Matrix International Textile, Inc.**                                              Case No.
                                            Debtor(s)                                       Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Keyvan Neman<br>9909 Sunset Boulevard<br>Beverly Hills, CA 90210 | Shareholder | | 30% |
| Kiarash Neman<br>663 Loring Avenue<br>Los Angeles, CA 90024 | Shareholder | | 28% |
| Kourosh Neman<br>3495 Almont Drive<br>Beverly Hills, CA 90211 | Shareholder | | 32% |
| Simin Neman<br>717 North Roxbury Drive<br>Beverly Hills, CA 90210 | Shareholder | | 10% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  3/10/21                                Signature  _Kourosh Neman_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.